FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2014 DEC -3 PM 4: 16

UNITED STATES OF AMERICA

v.

CASE NO. 8:14-CR-493-T-36TbW
18 U.S.C. § 215(a)(2)
18 U.S.C. § 982(a)(2)(A) (Forfeiture)

LINDA REYNOLDS-SIENKIEWICZ
a/k/a Linda F. Reynolds

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about December 30, 2010, in Pinellas County, in the Middle District of Florida,

LINDA REYNOLDS-SIENKIEWICZ
a/k/a Linda F. Reynolds,

the defendant herein, as an officer, director, employee, agent, and attorney of a financial institution, that is, President and Chief Executive Officer of the Pinellas Federal Credit Union, the deposits of which were insured by the National Credit Union Association, did knowingly, willfully and corruptly solicit and demand for the benefit of any person, and corruptly accept and agree to accept, anything of value from any person, that is, a $21,000 payment from M.S. and his business for the benefit of the defendant and a family member, intending to be influenced or rewarded in connection with any business and transaction of such institution.

In violation of Title 18, United States Code, Sections 215(a)(2) and 2.

## **FORFEITURE**

1. The allegations contained in Count One of this Information is incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(2)(A).

2. The defendant, LINDA REYNOLDS-SIENKIEWICZ, upon conviction of a violation of Title 18, United States Code, Sections 215(a)(2) and 2, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations.

3. The property to be forfeited includes, but is not limited to, the following: $21,000.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

        A. LEE BENTLEY, III
        United States Attorney

By: _____
        ROBERT A. MOSAKOWSKI
        Assistant United States Attorney
        Chief, Economic Crimes Section

By: _____
        TIMOTHY P. LOPER
        Trial Attorney
        United States Department of Justice